AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

HALLMARK CARE SERVICES, INC., et al.,

        *Plaintiff*

v.

SUPERIOR COURT OF STATE OF WASHINGTON FOR SPOKANE COUNTY; SPOKANE COUNTY,

        *Defendant*

Civil Action No.  2:17-CV-00129-JLQ

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ ____ ), which includes prejudgment interest at the rate of ____ %, plus post judgment interest at the rate of ____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other:  The Motion to Dismiss (ECF No. 11) is GRANTED.  The Motion for CR 11 Sanctions (ECF No. 18) is DENIED.  The Complaint (ECF No. 1) is DISMISSED WITH PREJUDICE and without costs or attorney's fees to any party.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  Justin L. Quackenbush  on Motion to Dismiss (ECF No. 11) and Motion for CR 11 Sanctions (ECF No. 18).

Date:  7/27/2017

*CLERK OF COURT*

SEAN F. McAVOY

s/ Lennie Rasmussen
      *(By) Deputy Clerk*
Lennie Rasmussen