

Office of the Clerk
**United States Court of Appeals for the Ninth Circuit**
Post Office Box 193939
San Francisco, California 94119-3939
415-355-8000

Molly C. Dwyer
Clerk of Court

September 07, 2017

| | |
|---|---|
| Nos.: | 17-35678, 17-35717   Cross Appeals |
| D.C. No.: | 2:17-cv-00129-JLQ |
| Short Title: | Hallmark Care Services, Inc., et al v. Superior Court of the State of, et al |

Dear Appellants/Counsel

A copy of your notice of appeal/petition has been received in the Clerk's office of the United States Court of Appeals for the Ninth Circuit. The U.S. Court of Appeals docket number shown above has been assigned to this case. You must indicate this Court of Appeals docket number whenever you communicate with this court regarding this case.

Please furnish this docket number immediately to the court reporter if you place an order, or have placed an order, for portions of the trial transcripts. The court reporter will need this docket number when communicating with this court.

**The due dates for filing the parties' briefs and otherwise perfecting the appeal have been set by the enclosed "Time Schedule Order," pursuant to applicable FRAP rules. These dates can be extended only by court order. Failure of the appellant to comply with the time schedule order will result in automatic dismissal of the appeal. 9th Cir. R. 42-1.**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

SEP 07 2017

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| HALLMARK CARE SERVICES, INC., a Washington Corporation, DBA Castlemark Guardianship and Trusts, DBA Eagle Guardianship; LORI PETERSEN, DBA Empire Care Services,<br><br>         Plaintiffs - Appellants,<br><br>  v.<br><br>SUPERIOR COURT OF THE STATE OF WASHINGTON FOR SPOKANE COUNTY; SPOKANE COUNTY,<br><br>         Defendants - Appellees. | No. 17-35678<br><br>D.C. No. 2:17-cv-00129-JLQ<br>U.S. District Court for Eastern Washington, Spokane<br><br>**TIME SCHEDULE ORDER** |
| HALLMARK CARE SERVICES, INC., a Washington Corporation, DBA Castlemark Guardianship and Trusts, DBA Eagle Guardianship; LORI PETERSEN, DBA Empire Care Services,<br><br>         Plaintiffs - Appellees,<br><br>  v.<br><br>SUPERIOR COURT OF THE STATE | No. 17-35717<br><br>D.C. No. 2:17-cv-00129-JLQ<br>U.S. District Court for Eastern Washington, Spokane |

OF WASHINGTON FOR SPOKANE COUNTY; SPOKANE COUNTY,

Defendants - Appellants.

This order vacates all brief due dates set by previously issued time schedule orders. The parties shall meet the following cross appeal time schedule.

| | |
|---|---|
| **Thu., September 14, 2017** | Mediation Questionnaire due. If your registration for Appellate ECF is confirmed after this date, the Mediation Questionnaire is due within one day of receiving the email from PACER confirming your registration. |
| **Mon., October 23, 2017** | The party(s) who filed the first appeal shall file and serve the first brief on cross-appeal pursuant to FRAP 28.1. |
| **Tue., November 21, 2017** | The party(s) who filed the second appeal shall file and serve the second brief on cross-appeal pursuant to FRAP 28.1. |
| **Thu., December 21, 2017** | The third brief on cross-appeal shall be filed and served pursuant to FRAP 28.1. |

**The optional cross appeal reply brief shall be filed and served within 21 days of service of the third brief on cross appeal, pursuant to FRAP 28.1.**

**Failure of the appellants to comply with the Time Schedule Order will result in automatic dismissal of the appeal. See 9th Cir. R. 42-1.**

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: John Brendan Sigel
Deputy Clerk
Ninth Circuit Rule 27-7